NORTHERN DISTRICT OF ILLINOIS

IN RE: JUAN CARLOS ROMERO ESPINOZA

Chapter 13
Case Number: 22-02152

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Synchrony Bank by AIS InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 04/29/2022, marked as claim number 18 on the court's claims register, for the account number ending in 1361, and in the amount of $943.59.

Dated: 07/16/2023

/s/ Ashley Boswell

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Account Holder: Juan, Romero

Reference Number: 8031574Withdraw

1361